# EXHIBIT A

Interview of Terry Jackson-Mitchell
Interviewed by Special Agent Tina Minchey and Special Agent Steve Sperry
July 14th 2014
Case # 14-673
Transcribed by Teri Savage

| | |
|---|---|
| Craig Barlow: | Let's make sure that you are okay with, just okay with these guys and then I am going to…… |
| Terry Jackson-Mitchell: | Go do your thing? |
| Craig Barlow: | Yes. |
| Terry Jackson-Mitchell: | Okay. |
| Craig Barlow: | Uhm, like I mentioned on the phone these are two of the best in our office and I think two of the best in the State and so that is one of the reasons that we selected them to talk with you. |
| Terry Jackson-Mitchell: | Okay. |
| Craig Barlow: | Okay? Uhm, they will have their own schedule. They may need you to come back. They may ask for documents, they may ask for other stuff. Steve has everything that you gave me. |
| Terry Jackson-Mitchell: | Okay. |
| Craig Barlow: | You said you brought the recording, uhm, so anything you need to ask right now? |
| Terry Jackson-Mitchell: | No, not that I can think of. |
| Craig Barlow: | All right. |
| Terry Jackson-Mitchell: | I am just assuming you guys are going to investigate it and then it is just going to go from there? |
| Craig Barlow: | Right. Uhm, we have approval right now to do the investigation. |
| Terry Jackson-Mitchell: | Okay. |

1

the phone calls from Richard, cuz Richard was still calling me. Initially it was every day and then it tapered off to like two or three times a week. And then it tapered off to once a month. And then by the time I was with my husband I didn't want to talk to Richard. I knew, like something just felt so, I remember getting a gag reflex when he would call and tell my mom, you know, tell him I'm not here because we didn't have cell phones and you could do that. So, uhm, after I had my husband, like after I got married to my husband we had a baby and we moved to Virginia, cuz he was in the Marine Corp he went to Quantico, Virginia. I knew that Richard lived in Washington D.C. and we were, my husband was a PFC initially and so we were pretty poor. We didn't have a phone but I called my mom from a pay phone and she said Richard Roberts has been trying to reach you. So, I was like, 20 cuz Jennie was just born, my daughter, I was a month away from being 21. And she is like he really wants to talk to you, he really wants to talk to you. He wants to know where you live and I was like, mom, don't tell him where I live. You know, don't. She goes, well I already did, I already did tell him that you live in Quantico and she's like he wants you to call him. So, I remember calling him and telling him that I just had a baby and that I was married and he didn't bother me again.

Steve Sperry: So, you called him from Quantico?

Terry Jackson-Mitchell: Uh huh (affirmative).

Steve Sperry: That would have been about when?

Terry Jackson-Mitchell: That was 1985, like between September and October. Like Jenny was born September 5th and I know it hadn't been my 21st birthday yet, so.

Tina Minchey: And Richard had called?

Terry Jackson-Mitchell: He called my mom and he said he had been thinking about me and uhm, that he was just checking in on our little family and uhm, when I talked to him I remember him being really nice and talking about whether we could have a future together. But it was, it could of, you know, I remember trying to get off the phone quickly and telling him I'm married, I just had a baby and he was like, oh, okay, bye. Like it was done, he didn't want to talk to me. And I didn't want to talk to him after that. But then ,uhm,

40

so in the year, I don't know what year it was, it was, I think it was the year 2000, I got a call from my father and he said there is a man writing a book about Franklin who wants to talk to you, can I give him your number? So, I talked to him and he said uhm, after the end of it, he said, I spoke with the Richard Roberts, the prosecuting attorney, uhm, he wants your number. Can I give him your number? And I was like, why does he want my number? And he goes, well he just spoke highly of you and he said he would really like to get in touch with you. Do you mind if I give you his num or do you mind if I get your number? He wasn't offering Richard's number to me, he was asking for mine. At this point I literally had, that was not in my, I wasn't thinking about this, what happened. Realistically I had conditioned my mind to believe it was an affair. I didn't want to talk about it. I didn't want to think about it, but when he said that Richard wanted to talk to me, in my head I was like, oh that's nice, he wants to check on me, so see how things are. So, I gave him my number and literally he called that day and uh, he kept, this is when things started to kind of break apart in my mind to where I was like, now wait a minute, what? Cuz he said, uhm, he asked how I'd done in my life but every time I would try to answer he would interrupt with stuff that was going on with him and he asked if I had, how many kids I've had and I told him and then he said, uhm, so what have you been doing with your life? And I said well I am a real estate agent. Tried to explain what was going on but he kept interrupting me and saying, so we're good, right? I was like, what does that mean? What do you mean we are good? And he goes, you sound like everything has worked out in your lives. And I was, yeah, everything is good. I'm doing fine. He's like we're good? We're good? I did, it seriously took me years to understand what that meant.

Tina Minchey: How many times did he do that?

Terry Jackson-Mitchell: On that conversation? Probably like five times, he said we're good?

Tina Minchey: Okay, so I'm sorry, I need to back you up. When you were talking about the book and then you gave the number to the……..

Terry Jackson-Mitchell: Author.

41

|  |  |
|---|---|
|  | execution and there is nothing written and I just kind of was like shocked. |
| Steve Sperry: | This was an email that you received? |
| Terry Jackson-Mitchell: | From Richard Roberts, yeah. At like at 8:30 in the morning, kay? So then, uhm, I did not respond because I was at school and I think because I didn't respond he felt obligated to send another email but this time there wasn't anything in the body. In the subject line it said, I wish you peace and comfort. And when I saw that, I was just like, oh, my God, that's who that is. So, I felt like I should respond, you know? I felt disgusted and that same feeling of tightness in my chest like when he would call at my mother's house and tell me that I better be careful of what I say cuz the mistrial thing. And so I didn't know what to do so I just sent him an email back that said I wish the same for you cuz I didn't know what else to say. And that was it. And uhm, then I started you know, so that was in November when I received those and then, uhm, in ….. |
| Tina Minchey: | Of '13? Sorry. |
| Terry Jackson-Mitchell: | Yeah of 2013. And then in April I started talking to uhm, my counselor about this. Hadn't talked to my counselors. I've been going to counseling since prior to the murders from the rape but I hadn't been going specifically for PTSD. Haven't been going specifically for you know rape, so mostly to try and manage my anxiety I guess. So it was the first time I've ever told a counselor what happened with Richard. And I just said help me understand this. I don't understand how this was an affair. I was still trying to make it my fault. I was still trying to find a way to blame myself. |
| Tina Minchey: | Uh huh (affirmative). |
| Terry Jackson-Mitchell: | So, uhm, then I just, I think that was in April and the counselor was helping me, I am still on the waiting list to have a counselor at the Rape Crisis Center. I don't think I'll ever get a counselor at the Rape Crisis Center. |
| Tina Minchey: | Wow. |
| Terry Jackson-Mitchell: | But I go to court to try to talk to a judge, cuz my, so my sisters all have very different lives than I have. Uhm, they, |

48

|  |  |
|---|---|
|  | was very skinny. I was anorexic. I, I, I don't, I couldn't make it, I couldn't make those puzzles fit. The puzzle pieces fit to be the way he said it was. And this isn't about like anything but just the right thing needs to be done. I'm not, I don't know what can be done. But I, just the thought of him having this kind of power over, and doing this again to somebody that is in that position of vulnerability and victimization is just, it keeps me up at night and it makes me sick to think that I am holding the secret and somebody else might be going through this. So, after I talked to Ron then he, you know, helped me speak with Craig? |
| Tina Minchey: | Craig. Uh huh (affirmative). |
| Steve Sperry: | Why do you think that he mentioned that you thought he had done this before? Why, why do you feel that? |
| Terry Jackson-Mitchell: | Well, when you, the only way I can describe it is like, I think I was groomed as a child, I mean it is pretty obvious that I was through the incest and everything. There were really a lot of similarities in the way that he groomed me, the way that he managed me, that were similar to my mother's stepfather. You know, just like saying that you wanted this and I couldn't stop you from this. And it wasn't me that was doing that and telling me that he was going to show me how to please a man and like I wasn't asking for somebody to do that. I was asking for somebody to put this man in prison for what he did. I didn't, I felt very coerced and manipulated and I still looking back on it now with a little bit of an education and a better understanding through counseling of how this all works, uhm, there is no way that I am the only one. I just don't believe that I am. |
| Tina Minchey: | Did you ever tell your dad? |
| Terry Jackson-Mitchell: | I did, uhm, right before Franklin was executed or after he was executed, I think it was like the day before he was executed. |
| Tina Minchey: | What did he think? |
| Terry Jackson-Mitchell: | He completely freaked out. My dad doesn't cry, uhm, but he did, because he felt bad because he disowned me during that time. Everybody did pretty much except for my sisters and my mom. My granny was there too (inaudible). But |

50