# EXHIBIT B

Phone Interview of Karma Jones
Interviewed by Special Agent Tina Minchey and Special Agent Steve Sperry
August 5th 2014  (Approximately 1500 Hours)
Case # 14-673
Transcribed by Teri Savage

PHONE RINGING

| | |
|---|---|
| Karma Jones: | Hello. |
| Tina Minchey: | Hi, Karma. It's Tina with the AG's Office. |
| Karma Jones: | Hi, Tina. |
| Tina Minchey: | Hi, did we catch you at a better time now? |
| Karma Jones: | Yep, I can do it now. |
| Tina Minchey: | Okay, great. So, like I had told you before this time I was going to actually record the conversation. |
| Karma Jones: | Okay. |
| Tina Minchey: | And we didn't talk much last time but this way we can get into a little more detail with you. |
| Karma Jones: | Okay. |
| Tina Minchey: | Kay? So with me here is Agent Steve Sperry. |
| Karma Jones: | Okay. Hi Steve. |
| Steve Sperry: | Hi. |
| Tina Minchey: | And today is August 5th 2014, the time is about 1500. Uhm, Karma just so we have it on the record your date of birth is 9-5 of '64 correct? |
| Karma Jones: | Yes, correct. |
| Tina Minchey: | Kay and I have your phone number as 830-890-8779. |
| Karma Jones: | Correct. |

1

| | |
|---|---|
| Karma Jones: | And then the shooting happened and you know, just the whole experience of everybody we knew had turned against her. We were alone. We were alone. You know people that were our best friends were, were calling us names. |
| Tina Minchey: | Uh huh (affirmative). |
| Karma Jones: | And you know, we were alone, we were vulnerable. You know and I can't even, I have never been raped, so I don't know what that feels like but I know that she was extremely fragile. |
| Tina Minchey: | Okay. So, let's go back to when you were actually, I mean when Terry would first talk to you about her meetings with the prosecutor. What would she say to you, that, I mean you were believing that you might have your turn come up next as far as with the meetings to get prepared for court, right? |
| Karma Jones: | Right. |
| Tina Minchey: | So, what would she tell you, I mean what were they going over? What would she actually talk to you about back then? |
| Karma Jones: | You know, uhm, I don't remember her telling me like, you know, that she had to tell him, you know, what happened that night or anything. I don't know that she, I don't remember. She probably did tell me that, I just don't remember that. Uhm, but you know, I do remember when she told me that he was her boyfriend. |
| Tina Minchey: | How? |
| Karma Jones: | And he was going to protect her and make sure that she was, you know, going to make it through this court proceeding. |
| Tina Minchey: | So she is telling you that before the trial was going on? |
| Karma Jones: | Yes. |
| Tina Minchey: | So, she is telling you over the phone or in person? |
| Karma Jones: | Over the phone. I think over the phone and then in person as well. |
| Tina Minchey: | So you guys did see each other during this time? |
| Karma Jones: | Yeah, cuz I mean after, especially after they caught him, you know, caught Joseph Paul Franklin, then you know we weren't in hiding so much anymore. We still didn't go to parties and things |

8

|||
|---|---|
| | like that. We weren't invited to things like that but uhm, like we used to be but, uhm, you know I started going over to their house again. |
| Tina Minchey: | Okay and so you remembered Terry telling you that Richard was her boyfriend, is that what you are saying? |
| Karma Jones: | Yeah. |
| Tina Minchey: | That Richard was more or less, they were boyfriend/girlfriend at the time? |
| Karma Jones: | Yeah, she said that, that he was her boyfriend and he was going to make sure that she was okay getting through the court proceedings and, and you know, and that she, he was her boyfriend because they were having sex. |
| Tina Minchey: | Did she actually tell you that? |
| Karma Jones: | Yeah, she said they were making love. |
| Tina Minchey: | Kay. |
| Karma Jones: | And then as it went, as it kept going and into the court proceedings I think that she kind of wised up about it and realized that, you know, she was being taken advantage of because I, yeah I think, if I, I told her, I think if I remember I told her that, you know, he was a disgusting pig and he is only using her and that that he wasn't her boyfriend. And she got angry with me. But I think she started to wise up and realize that that was what was going on and you know, and I told her, I said you need to tell somebody. And she said, no. At that point she was ashamed. |
| Tina Minchey: | Okay. Was this before the trial or was this during the trial, do you remember? |
| Karma Jones: | I think it was during the trial when she, when she wised up. |
| Tina Minchey: | Kay. What specifics did she tell you ever about what they were doing as far as meetings, times, locations, anything like that? |
| Karma Jones: | No, she didn't really tell me that. Uhm, you know, I think after, she had told me a couple of times that he was her boyfriend, you know and that probably was a period of a week or something and that she was seeing him and he was taking her to dinner and you know, she was seeing him and having sex with him. And, and |

9

| | |
|---|---|
| Karma Jones: | And then I am just told to come to court. And I believe I went, uh, I went for three days and the first two days, you know, they didn't get me on the stand, you know, I don't, there was somebody else, a witness or something. And I know Terry was there and Terry was on the stand, I think for a while. |
| Tina Minchey: | Hmm. |
| Karma Jones: | And so the first two days they didn't get me on the stand. I was just waiting but then that last day, you know, he came in, told me that he was putting me on the stand and he was going to show me pictures. |
| Tina Minchey: | Okay. So, after the trial and he leaves and you and Terry don't really discuss much about him or anything that had happened between them, it just kind of fades away or? |
| Karma Jones: | Yeah, it just kind of faded away, because I mean she knew how I felt about it and she you know, she didn't, so I don't know if they, you know, if they've stayed in contact by phone or, I don't know. |
| Tina Minchey: | Okay. |
| Steve Sperry: | When was the last time that you talked to Terry about the situation? |
| Karma Jones: | It was during the trial. |
| Steve Sperry: | You never talked to her since, about it? In the last little while or anything? |
| Karma Jones: | Well yeah, over the years, yeah, we talked about it. |
| Steve Sperry: | When was the last time you discussed it? |
| Karma Jones: | When I left Utah and came to Texas. So, that would have been, it was like May 16th, something like that. |
| Steve Sperry: | Of this year? |
| Karma Jones: | Uh huh (affirmative). |
| Steve Sperry: | Okay. |
| Tina Minchey: | But then she contacted you recently again, right? To let you know...... |

14

| | |
|---|---|
| Karma Jones: | Yeah. |
| Tina Minchey: | That we were going to call you. |
| Karma Jones: | I mean, yeah, we've been in, I mean we have been texting each other since I have been here, you know, just, she is checking on me, making sure I am okay and you know and you know cuz Te, and I went and saw her and mom before I left Texas. I mean those were like the only people that I wanted to see before I left, or before I left Utah, I'm sorry. |
| Tina Minchey: | Okay. |
| Karma Jones: | That was like the only people that I wanted to see and you know, that is when she told me that she was thinking about, you know, telling someone finally. And I just told her it's about time. |
| Tina Minchey: | Okay. |
| Steve Sperry: | Did you ever tell anybody about the situation or talk to anybody about it? |
| Karma Jones: | No. No, I didn't. |
| Steve Sperry: | Okay. |
| Karma Jones: | I just, I mean I talked to her, as we got older and I think she realized what had happened to her, you know, she, she was angry and she was, you know, she felt violated and abused. I mean she was just a child. And you know I just, I just tried to be there for her and we had talked about it a couple of times over the years. |
| Tina Minchey: | But you had never mentioned it to anybody? |
| Karma Jones: | No, I didn't. It had to be her that did it, it had to be her. |
| Steve Sperry: | You never talked to Renee about what Terry had told you or anything like that during the time? Since you were close with Renee? |
| Karma Jones: | Yeah, I don't know that I did. I can't, I can't really remember. I don't think I talked to Renee about it. |
| Steve Sperry: | Okay. |

15

| | |
|---|---|
| Tina Minchey: | So recently Terry got in touch with you and told you that she had finally come forward, right? |
| Karma Jones: | Right. |
| Tina Minchey: | And what, what exactly did she tell you uhm, that had gone on? |
| Karma Jones: | With, as far, with Richard? |
| Tina Minchey: | Well, yeah, yeah, what, just recently, probably within the last couple of months, uhm, did she tell you anything more about, about that? |
| Karma Jones: | Well when I left Utah, when I was visiting her and her and mom, you know, is when she told me that she was going to finally come forward with it and but she was really scared because now I guess he is a federal judge and you know, she was, she was really scared. And I told her, I said, you know, if you do this you need to really be careful. You need to maybe go, go somewhere that in hiding or something. You know, I told her, cuz she was really scared to come forward. She was really scared. |
| Tina Minchey: | Okay. |
| Karma Jones: | But you know, but I told her she needed to do it. |
| Tina Minchey: | Okay. Did she tell you about having any type of conversation with him lately? |
| Karma Jones: | She did. She told me about the recorded conversation that you guys did and that he like admitted everything and he was just being disgusting and she told me about that. |
| Tina Minchey: | Okay. Did she tell you anything more about that or the communications that they've had? |
| Karma Jones: | No, not, she just told me about that one. |
| Tina Minchey: | Okay and since that time you haven't told anybody? Is that what you're saying? |
| Karma Jones: | No. |
| Tina Minchey: | Kay. |

16