Ross C. Anderson (#0109)
**LEWIS HANSEN**
The Judge Building
Eight East Broadway, Suite 410
Salt Lake City, Utah 84111
Telephone: (801) 746-6300
Fax: (801) 746-6301
randerson@lewishansen.com

*Attorneys for Plaintiff*

_____

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| TERRY MITCHELL,<br><br>    *Plaintiff,*<br><br>v.<br><br>RICHARD WARREN ROBERTS,<br><br>    *Defendant.* | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:16-cv-00218-JNP<br><br>District Judge: Jill N. Parrish<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Terry Mitchell, by and through her counsel, hereby gives notice of the voluntary dismissal of the above-captioned action without prejudice.

DATED this 28th day of July, 2016.

                                                Lewis Hansen

                                               /s/ Ross C. Anderson
                                               Ross C. Anderson
                                               Attorneys for Defendants